ANDRÉ BIROTTE JR.
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANN L. MALEY C.S.B.N. 176877
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  415-977-8974
    Fax:   415-744-0134
    E-mail: ann.maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYM D. MOORE, | NO. CV 09-0499 MAN |
|     Plaintiff, | ORDER AWARDING EAJA ATTORNEY FEES |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
|     Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS and 00/100 ($3,500) subject to the terms of the Stipulation.

DATED: March 10, 2011

                                     *Margaret A. Nagle*
                                MARGARET A. NAGLE
                  UNITED STATES MAGISTRATE JUDGE